Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DANIEL EDWARD JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EDWARD JAMES ) | Case No.: 2:15-cv-02717-AC |
| Plaintiff, ) | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | (FIRST REQUEST) |
| Defendant. ) | |

1    Plaintiff Daniel Edward James and Defendant Carolyn W. Colvin, Acting
2 Commissioner of Social Security, through their undersigned attorneys, stipulate,
3 subject to this court's approval, to extend the time by 45 days from June 3, 2016 to
4 July 18, 2016 for Plaintiff to file a Motion for Summary Judgment, with all other
5 dates in the Court's Order Concerning Review Of Social Security Cases extended
6 accordingly. This is Plaintiff's first request for an extension. This request is made at
7 the request of Plaintiff's counsel to allow additional time to fully research the
8 issues presented.

9   DATE: June 2, 2016         Respectfully submitted,
10                              LAWRENCE D. ROHLFING
11                                   /s/ *Vijay J. Patel*
12             BY: _____
                   Vijay J. Patel
13                 Attorney for plaintiff Mr. Daniel Edward James

14

15   DATE:  June 2, 2016

16

17                              PHILLIP A. TALBERT
                                Acting United States Attorney
18
                                    /s/ *Jennifer A. Kenney*
19             BY: _____
                   Jennifer A. Kenney
20                 Special Assistant United States Attorney
                   Attorneys for defendant Carolyn W. Colvin
21                 |*authorized by e-mail|

22

23   IT IS SO ORDERED.

24   DATED: June 7, 2016                    _____
                                            ALLISON CLAIRE
25                                          UNITED STATES MAGISTRATE JUDGE

26