1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JENNIFER A. KENNEY, CSBN 241625
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
          San Francisco, California 94105
6         Telephone: (415) 977-8945
7         Facsimile: (415) 744-0134
          E-Mail: jennifer.a.kenney@ssa.gov
8
9  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL EDWARD JAMES, | Case No.: 2:15-CV-02717-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF 30 DAYS |
| vs. | FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY |
| CAROLYN W. COLVIN, | JUDGMENT AND FILE HER CROSS- |
| Commissioner of Social Security, | MOTION FOR SUMMARY JUDGMENT |
| Defendant. | |

   IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. This extension is requested due to Defendant's counsel experiencing a sudden and unanticipated medical issue that requires surgery. The current due date for Defendant's Cross-Motion for Summary Judgment is September 8, 2016. The new due date will be October 8, 2016.

   /////

Stip. & ~~Prop.~~ Order to Extend 2:15-CV-02717-AC            1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: September 8, 2016                */s/ Laura Krank\**
                                        (*as authorized by email on Sept. 2, 2016)
                                        LAURA KRANK
                                        Law Offices of Rohlfing & Kalagian, LLP
                                        Attorney for Plaintiff

Dated: September 8, 2016                PHILLIP A. TALBERT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX,
                                        Social Security Administration

                          By:    */s/ Jennifer A. Kenney*
                                        JENNIFER A. KENNEY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: September 9, 2016.

                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE