1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JENNIFER A. KENNEY, CSBN 241625
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8945
7       Facsimile: (415) 744-0134
        E-Mail: jennifer.a.kenney@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DANIEL EDWARD JAMES, ) | Case No.: 2:15-CV-02717-AC |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | FOR A SECOND EXTENSION OF 3 DAYS |
| vs. ) | FOR DEFENDANT TO RESPOND TO |
| ) | PLAINTIFF'S MOTION FOR SUMMARY |
| CAROLYN W. COLVIN, ) | JUDGMENT AND FILE HER CROSS- |
| Commissioner of Social Security, ) | MOTION FOR SUMMARY JUDGMENT |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a brief, second extension of time of 3 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. Defendant's counsel has continued to experience medical issues arising from her recent unexpected surgery. The current due date for Defendant's Cross-Motion for Summary Judgment is October 11, 2016 (October 8th is a Saturday). The new due date will be Friday, October 14, 2016.

The parties further stipulate that the Court's Scheduling Order shall be modified

//

Stip. & Prop. Order to Extend 2:15-CV-02717-AC        1

accordingly.

                                        Respectfully submitted,

Dated: October 11, 2016          */s/ Laura Krank\**
                                        (*as authorized by email on Oct. 10, 2016)
                                        LAURA KRANK
                                        Law Offices of Rohlfing & Kalagian, LLP
                                        Attorney for Plaintiff

Dated: October 11, 2016          PHILLIP A. TALBERT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX,
                                        Social Security Administration

                          By:    */s/ Jennifer A. Kenney*
                                        JENNIFER A. KENNEY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

                                                 **ORDER**

APPROVED AND SO ORDERED:

DATED: October 11, 2016                               */s/ Allison Claire*
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE