1
2
3
4
Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

5
6
Attorneys for Plaintiff
Daniel Edward James

7
8
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| 10 11 12 13 14 15 16 | DANIEL EDWARD JAMES,<br><br>        Plaintiff,<br><br>      vs.<br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:15-cv-02717-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
|---|---|

17

18
TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF

19
THE DISTRICT COURT:

20
IT IS HEREBY STIPULATED, by and between the parties through their

21
undersigned counsel, subject to the approval of the Court, that Daniel Edward

22
James be awarded attorney fees in the amount of three-thousand, five-hundred

23
dollars ($3,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

24
2412(d).  This amount represents compensation for all legal services rendered on

25
behalf of Plaintiff by counsel in connection with this civil action, in accordance

26
with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Daniel Edward James, the government will consider the matter of Daniel Edward James's assignment of EAJA fees to Laura E. Krank. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Daniel Edward James, but if the Department of the Treasury determines that Daniel Edward James does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Daniel Edward James.[1] Any payments made shall be delivered to Laura E. Krank.

This stipulation constitutes a compromise settlement of Daniel Edward James's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Daniel Edward James and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: June 29, 2017                    Respectfully submitted,

                              LAW OFFICES OF ROHLFING & KALAGIAN, LLP

                                        /s/ *Laura E. Krank*
                              BY:_____
                                   Laura E. Krank
                                   Attorney for plaintiff Daniel Edward James


DATED: June 29, 2017                    PHILLIP A. TALBERT
                                        Acting United States Attorney


                                        /s/ *Jennifer A. Kenney*
                              BY:_____
                                   JENNIFER A. KENNEY
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant NANCY A.
                                   BERRYHILL, Acting Commissioner of Social
                                   Security (Per e-mail authorization)


                                      **ORDER**

        Approved and so ordered:

DATE:  July 10, 2017


_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE